Mark Anthony GLADNEY, Appellant,

v.

HILTON FRONTENAC HOTEL, St. Louis Hotel, Appellee,

Phyllis Kennedy, Human Resources Director; Tom Barton, Chef; Dennis Shelton, General Manager, Defendants.

No. 04–1675.

United States Court of Appeals, Eighth Circuit.

Submitted Dec. 7, 2004.

Decided Dec. 10, 2004.

Mark Anthony Gladney, St. Louis, MO, pro se.

Howard Kent Munson, The Stolar Partnership, St. Louis, MO, for Defendant–Appellee.

Before MURPHY, FAGG, and SMITH, Circuit Judges.

* The Honorable Henry Edward Autrey, United States District Judge for the Eastern District of Missouri.

PER CURIAM.

Mark Anthony Gladney appeals the district court's* adverse grant of summary judgment in favor of Hilton Frontenac Hotel and dismissing Gladney's employment-discrimination and retaliation action. Having carefully reviewed the record, we conclude the judgment was proper for the reasons stated by the district court. Thus, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.